UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

JAMES PARIS JOHNSON,

    Petitioner,

v.                                          3:13-cv-737

DAVID SEXTON, Warden,

    Respondent.

## MEMORANDUM AND ORDER

This is a petition for the writ of habeas corpus pursuant to 28 U.S.C. § 2254. Since it does not plainly appear from the face of the petition that it should be summarily dismissed, the respondent is hereby **ORDERED** to answer or otherwise respond to the petition within thirty (30) days from the date of this Order. Rule 4 of the Rules Governing Section 2254 Cases In The United States District Courts. The respondent should specifically address petitioner's claim that he is entitled to equitable tolling of the statute of limitation.

**E N T E R :**

                                          **/s/**
                                          **CURTIS L. COLLIER**
                                          **UNITED STATES DISTRICT JUDGE**