UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| JAMES PARIS JOHNSON, ) | |
| ) | |
| Petitioner, ) | |
| ) | No.: 3:13-cv-737-PLR-CCS |
| v. ) | |
| ) | |
| DAVID SEXTON, Warden, ) | |
| ) | |
| Respondent. ) | |

## MEMORANDUM AND ORDER

This is a petition for the writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter is before the Court on the petitioner's motion for appointment of counsel. An evidentiary hearing has not been scheduled in this matter and the motion for appointment of counsel is premature. Rule 8(c) of the Rules Governing Section 2254 Cases In The United States District Courts. Accordingly, the motion for appointment of counsel [Doc. 7] is **DENIED**.

E N T E R :

_____
UNITED STATES DISTRICT JUDGE