UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| JAMES PARIS JOHNSON, ) <br> ) <br> *Petitioner*, ) <br> ) <br> v. ) <br> ) <br> DAVID SEXTON, Warden, ) <br> ) <br> *Respondent*. ) | No.: 3:13-CV-737-PLR-CCS |

## ORDER

For the reasons stated in the accompanying memorandum opinion, Petitioner's motion for production of documents [Doc. 18] is hereby **DENIED**. Respondent's motion to withdraw counsel [Doc. 17] is hereby **GRANTED**, the Clerk is **DIRECTED** to remove Attorney Andrew H. Smith as counsel of record in this case. Respondent's motion to dismiss [Doc. 11] is hereby **GRANTED**, and Petitioner's petition for a writ of habeas corpus [Doc. 1] is hereby **DISMISSED** as time-barred. Any timely appeal taken from this action will be considered an application for a Certificate of Appealability, which is hereby **DENIED**.

IT IS SO ORDERED

Enter:

UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT
  s/ *Debra C. Poplin*
CLERK OF COURT